IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GREGORY S. KUNIS,
a/k/a DARYL G. TOLER,

    Petitioner,

v.                                 Case No. CIV-18-130-R

JOE ALLBAUGH, Director,

    Respondent.

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Gary M. Purcell on February 12, 2018. Doc. No. 8. Judge Purcell recommends that Petitioner's motion for leave to proceed *in forma pauperis* be denied and Petitioner ordered to pay the full filing fee of $5.00 on or before March 5, 2018. On February 26, 2018, the Court received Petitioner's filing fee. Therefore, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed *In Forma Pauperis,* Doc. No. 3, and re-refers this matter to Magistrate Judge Gary M. Purcell for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 2nd day of March, 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1